IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CORTNEY KAISER, individually, and as mother and next Friend of C.B., a minor,<br><br>Plaintiff,<br><br>v.<br><br>THE MONROE CLINIC, INC., JAMES J. EHLE, M.D., and WISCONSIN INJURED PATIENTS AND FAMILIES COMPENSATION FUND,<br><br>Defendant. | )<br>)<br>)<br>)<br>) No. 3:19-cv-00315<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon the motion of the plaintiff, through her attorneys, Coplan & Crane, Ltd., for the entry of an order approving settlement in the above-captioned matter, the court finds as follows:

1. The settlement of $13,000,000.00 is fair and reasonable and is approved.

2. The disbursement of attorneys' fees to Coplan & Crane, Ltd. in the amount of **$2,733,333.33** is fair and reasonable, approved, and shall be immediately disbursed without further order of the Probate Court.

3. The reimbursement of case costs and expenses to Coplan & Crane, Ltd. in the amount of **$286,452.95** is fair and reasonable, approved, and shall be immediately disbursed without further order of the Probate Court.

4. The Illinois Department of Human Services lien of **$109,919.99**, is fair and reasonable, approved, and shall be immediately disbursed without further order of the Probate Court.

5. The Meridian Health Plan of Illinois lien of **$7,515.50**, is fair and reasonable, approved, and shall be immediately disbursed without further order of the Probate Court.

6. The reservation of **$4,000,000.00** in the Wisconsin Injured Patient's Compensation Fund for future medical care costs for C.B., is fair and reasonable, approved, and shall be immediately disbursed without further order of the Probate Court.

7. After all of these disbursements are deducted, the net amount distributable is **$5,862,778.23**

8. The Probate Court in Illinois retains jurisdiction to distribute the settlement funds remaining after the deduction of Coplan & Crane's fees and costs, totaling **$5,862,778.23**

9. Alex Kammer, as the Guardian of the Estate of C.B., is authorized to execute such quittance documents as are necessary to effectuate settlement.

10. Vouchers evidencing attorney's fees and expenses shall be filed with this court within 60 (sixty) days.

11. This Court retains jurisdiction to enforce the terms of the settlement, the order approving the settlement, the settlement agreement, the release and to hear motions.

12. The parties may have until June 25, 2021, to file a stipulation of dismissal with prejudice or show cause why they are unable to do so.

Entered May 26, 2021.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge